

Michelle E. Tarson
**Senior Counsel**

Direct (516) 812-4519
Fax: (516) 812-4619
mtarson@staggwabnik.com

Also Admitted NJ

www.staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550

331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784.1586
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

November 21, 2024

<u>Via ECF</u>
The Honorable Robert W. Lehburger, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/21/2024

  Re: Mark Neuman v. JPMorgan Chase Bank, N.A.
     Conference Date: December 3, 2024
     <u>Docket No.: 24-7809</u>

Dear Judge Lehburger:

  We represent Defendant, JPMorgan Chase Bank, N.A. ("Chase") in the above-referenced matter. The parties are pleased to inform the Court that a settlement has been reached and the parties are exchanging settlement documents. The parties jointly request a 30-day adjournment of the scheduled pretrial conference currently on the Court's calendar on December 3, 2024 to allow the parties time to finalize the settlement documents and file the Stipulation of Dismissal.

  Thank you for your consideration.

                Respectfully submitted,

                Michelle E. Tarson

MET/bv
cc: Alan V. Klein, Esq.

The Court applauds the parties' resolution. The case management conference is adjourned sine die.

SO ORDERED:
11/21/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE